# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1041
Lower Tribunal No. 18-5939
_____

**Eliseo Martinez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Marin, Eljaiek, Lopez, & Martinez, P.L., and Steven E. Gurian, for appellant.

Quintairos, Prieto, Wood & Boyer, P.A., Thomas A. Valdez and Vilma Martinez (Tampa), for appellee.

Before EMAS, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed. Vazquez v. Citizens Prop. Ins. Corp., 304 So. 3d 1280, 1285 (Fla. 3d DCA 2020) (holding that the cost of matching continuous flooring is not "included as part of the actual cash value calculation" under section 627.7011, Florida Statutes, and the plain language of the insurance policy); see also Bifulco v. State Farm Mut. Auto. Ins. Co., 693 So. 2d 707, 709 (Fla. 4th DCA 1997) ("Merely attaching documents which are not 'sworn to or certified' to a motion for summary judgment does not, without more, satisfy the procedural strictures inherent in Fla. R. Civ. P. 1.510(e)."); Pangilinan v. Broward Cty., 914 So. 2d 1094, 1097 (Fla. 4th DCA 2005) (en banc) ("[A] trial court does not abuse its discretion in determining that a counter-affidavit presented for the first time on rehearing of a summary judgment is too late." (internal quotations and citation omitted)).